IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHEET METAL WORKERS' INTERNATIONAL ASSOCIATION LOCAL UNION NO. 19 | : : : : | CIVIL ACTION No. 11-1025 |
| v. | : : | |
| MAIN LINE MECHANCIAL, INC., et al. | : | |

## **JUDGMENT**

AND NOW, this 7th day of March, 2013, it is ORDERED Judgment is entered in the above-captioned case as follows:

(1) Consistent with the Order of January 31, 2012, granting Plaintiff Sheet Metal Workers' International Association Local Union No. 19's (Local 19) motion for partial summary judgment and confirming Local 19's arbitration award against Defendant Main Line Mechanical, Inc. (ECF No. 25), judgment is entered in favor of Local 19 and against Main Line Mechanical, Inc. insofar as the arbitration award is confirmed; and

(2) Judgment is entered in favor of Defendant Sands Mechanical, Inc. and against Local 19 insofar as Sands Mechanical, Inc. is not liable for Local 19's arbitration award against Main Line Mechanical, Inc., consistent with the accompanying memorandum opinion.

The Clerk of Court is directed to mark this case CLOSED.

BY THE COURT:


/s/ Juan R. Sánchez
Juan R. Sánchez